UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GREGORY SEARLS, JR.** | : | **DOCKET NO. 23-CV-00330** |
| | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **JAMES M. LEBLANC, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint, insofar as it seeks Searls' release from custody, be construed as a petition for writ of habeas corpus (28 U.S.C. § 2254) and that it be **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies prior to filing suit.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this complaint, insofar as it seeks money damages, be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that all pending motions be **DISMISSED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 14th day of July, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**